**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| STACEY RYAN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CAUSE NO. _____ |
| GOLDSHIELD FIBERGLASS, INC., | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, Goldshield Fiberglass, Inc., by counsel, hereby removes this civil action pending against it in state court to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  In support of this removal, Defendant further states as follows:

1.      On January 11, 2016, an action was commenced against Goldshield Fiberglass, Inc., in the Adams Circuit Court, Adams County, Indiana, by Stacey Ryan, Plaintiff.  That action bears the same title as above and is docketed in the Adams Circuit Court as Cause No. 01C01-1512-PL-0020.

2.      Defendant was served on January 13, 2014 with a copy of the complaint and summons ("Complaint").

3.      The Complaint includes claims under the Age Discrimination in Employment Act, 29 U.S.C. §621; sex/gender and national origin discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e; and the Civil Rights Act of 1866, 42 U.S.C. §1983, all of which are federal statutes.

4.      As a result, the state court action is one over which this Court has original jurisdiction under 28 U.S.C. §1331.

5.      This Notice of Removal has been filed within thirty (30) days after receipt or first notice of the Plaintiff's claim, as required by 28 U.S.C. §1446(b).

6. Venue is proper pursuant to 28 U.S.C. §1391.

7. Defendant has attached a copy of all pleadings served upon it as required by 28 U.S.C. §1446(a). Copies of the pleadings are attached as Exhibit A, Exhibit B, and Exhibit C, respectively.

8. Written notice of filing this Notice of Removal will be sent promptly to Plaintiff, as specified in the attached Certificate of Service, as required by 28 U.S.C. §1446(d).

9. A copy of this Notice of Removal will be filed promptly with the Clerk in the Steuben Circuit Court, County of Steuben, State of Indiana, as required by 28 U.S.C. §1446(d).

WHEREFORE, the Defendant respectfully requests that this action be removed.

Respectfully submitted,

BECKMAN LAWSON, LLP

By: /s/Douglas Dormire Powers
Douglas Dormire Powers, #6477-90
dpowers@beckmanlawson.com
201 West Wayne Street
Fort Wayne, IN 46802
Telephone: (260) 422-0800
Facsimile: (260) 420-1013
ATTORNEY FOR DEFENDANT
GOLDSHIELD FIBERGLASS, INC.

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 28th day of January, 2016, a true copy of the foregoing was served by first class U.S. mail, postage prepaid, addressed as follows:

Robert Owen Vegeler
VEGELER LAW OFFICE LLC
110 West Berry Street
Suite 1200
Fort Wayne, Indiana 46802

/s/Douglas Dormire Powers
Douglas Dormire Powers